FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.

2007 MAR -8  P 4: 34

CLERK_____
SO. DIST. OF GA.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

FRANKLIN L. WILLIAMS,

      Plaintiff,

  vs.

RICHARD E. CURRIE, District
Attorney; STATE OF GEORGIA;
ANTHONY YOUMANS, Detective;
Sgt. WESIS, and MORRIS J.
BROWN, informant,

      Defendants.

CIVIL ACTION NO.: CV207-031

## O R D E R

The captioned action was filed in the Brunswick Division of this Court.  Upon review,

it appears that proper venue is within the Waycross Division of this Court.  Accordingly,

pursuant to Local Rule 2.1, this action is hereby transferred to the Waycross Division of this

Court.

**SO ORDERED**, this _8th_ day of _____March_____, 2007.


JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)