U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5:20 P. M
May 14 2007
m. [Deputy signature]
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

FRANKLIN L. WILLIAMS,

    Plaintiff,

vs.

RICHARD E. CURRIE, District Attorney; STATE OF GEORGIA; ANTHONY YOUMANS, Detective; Sgt. WESIS, and MORRIS J. BROWN, informant,

    Defendants.

CIVIL ACTION NO.: CV507-026

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff avers he is not contesting his arrest, and accordingly, it is unnecessary for him to file a petition for writ of habeas corpus. Plaintiff contends he seeks damages from Defendants because they committed perjury by stating Plaintiff resided at 1397 Barnes Lane. As noted by the Magistrate Judge, Plaintiff has not shown the criminal prosecution was terminated in his favor; therefore, Plaintiff cannot assert a claim for money damages against Defendants. Plaintiff asserts the Magistrate Judge's Report and Recommendation should not be adopted by the Court because of "prejudice, bias, mulipalation (sic) by the Court of 4 different docket civil number[s] to confuse" him. (Doc. No. 8, p. 2.)

AO 72A
(Rev. 8/82)

Plaintiff's Objections are without merit. The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** for failure to state a claim upon which relief may be granted.

SO ORDERED, this 14th day of May, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA